PROB 12C
(7/93)

# United States District Court
## for
## District of New Jersey
## Petition for Warrant or Summons for Offender Under Supervision

**Name of Offender:** Victor Mercado      **Cr.:** 03-CR-763-01

**Name of Sentencing Judicial Officer:** The Honorable Jerome B. Simandle

**Date of Original Sentence:** May 27, 2004

**Original Offense:** Possession of a Firearm by a Convicted Felon, 18 U.S.C. 922(g)(1) and 2

**Original Sentence:** 24 months BOP custody, 3 years supervised release. Drug testing/treatment, financial disclosure. $100 special assessment (paid).

**Type of Supervision:** Supervised Release     **Date Supervision Commenced:** March 9, 2010

**Assistant U.S. Attorney:** Jacqueline Carle     **Defense Attorney:** To be assigned.

## PETITIONING THE COURT

[   ] To issue a warrant
[ x ] To issue a summons

The probation officer believes that the offender has violated the following condition(s) of supervision:

Violation Number   Nature of Noncompliance

1          The offender has violated the supervision condition which states '**You shall not commit another federal, state, or local crime.**'

           On December 2, 2012, Mr. Mercado was arrested by Camden police and charged with one count of Simple Assault. As defined at 2C:12-1(a) of the New Jersey Criminal Code, Simple Assault is a disorderly persons offense and is punishable by up to 180 days in custody.

           According to the police report, police responded to a domestic argument at an apartment complex at approximately 3:30 AM. Upon arrival, they were met by Mr. Mercado at the locked gate to the complex courtyard, who was yelling profanities at them. Police directed Mr. Mercado to unlock the gate and permit them access to the courtyard, which he did. They then responded to Apartment B and met with the victim, M.D., who stated that Mercado was her former boyfriend and he "would not leave [her] alone." M.D. stated that Mercado had come to her apartment and began banging on the front door and yelling at her to let him in. When she refused, he went around the corner to the alley and punched out her bedroom window, climbed in through the window, and began assaulting her. M.D. was observed to have several visible scratches.

           Two other females, K.H. and Q.W., were at the scene when the police arrived. They also stated that Mr. Mercado had entered the apartment by coming in through the bedroom window and began assaulting M.D.

           Camden police charged Mr. Mercado with Simple Assault after M.D. declined to do so, stating that she was afraid of Mr. Mercado. He was placed in the Camden County Correctional Facility and released the following day. He immediately telephoned his probation officer and advised of this incident. Mr. Mercado, who is presently under the auspices of state parole supervision, has been placed on electronic monitoring by parole officials and is subject to a curfew. A hearing in the Camden City Municipal Court on the new criminal charge is presently scheduled for January 2, 2013.

I declare under penalty of perjury that the foregoing is true and correct.

By: *(signature)*

Joseph A. DaGrossa
U.S. Probation Officer
Date: December 14, 2012

---

THE COURT ORDERS:

[✓] The Issuance of a Summons.  Date of Hearing: 12/27/12 @ 1:30 pm

[ ] The Issuance of a Warrant
[ ] No Action
[ ] Other

*(signature)*
Signature of Judicial Officer

December 19, 2012
Date